UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Daphne Loiseau, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Trans Continental Credit & Collection Corp.,

    Defendant.

Docket No: 2:18-cv-04262-JFB-SIL

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 07 2019   ★

LONG ISLAND OFFICE

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 25, 2019

| | |
|---|---|
| **BARRON & NEWBURGER, P.C.** | **BARSHAY SANDERS, PLLC** |
| By: /s Arthur Sanders | By: /s Craig B. Sanders |
| Arthur Sanders, Esq. | Craig B. Sanders |
| 30 South Main Street | 100 Garden City Plaza, Suite 500 |
| New City, New York 10956 | Garden City, New York 11530 |
| Tel: (845) 499-2990 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 114041 |
| | *Attorneys for Plaintiff* |

The Clerk of the Court shall close the case.

**ASO ORDERED**

/s/ Joseph F. Bianco

Joseph F. Bianco
USDJ

Date: March 7 2019

Central Is...